UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE OUTLAW,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. LEONG, et al.,<br><br>    Defendants. | CASE NO. 1:10-cv-01021-AWI-GBC (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION<br><br>(ECF No. 20)<br><br>PLAINTIFF'S RESPONSE DUE BY 11/21/2011 |

**ORDER**

On September 9, 2011, Defendant filed a Motion to Dismiss. (ECF No. 20.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 78-230(l).

Accordingly, not later than **November 21, 2011**, Plaintiff must file an opposition or a statement of non-opposition to Defendant's Motion to Dismiss. If Plaintiff fails to comply with this Order, this action will be dismissed for failure to obey the Court's Order and failure to prosecute.

IT IS SO ORDERED.

Dated:   October 14, 2011

UNITED STATES MAGISTRATE JUDGE

1